UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH BIVINS, | No. C 08-2570 MHP (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CONTRA COSTA CITY; et al., | |
| Defendants. | |

This action is dismissed for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED AND ADJUDGED.

Dated: June 30, 2009

Marilyn Hall Patel
United States District Judge